| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **James Arville Callahan III** | | Social Security number or ITIN  **xxx–xx–3846** |
| | First Name  Middle Name  Last Name | | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN  _ _ _ _ |
| | | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Western District of Kentucky** | | | Date case filed for chapter  **7  4/11/21** |
| Case number:  **21–30803–crm** | | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | James Arville Callahan III | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 3208 Chinquapin Lane, Apt. 6<br>Louisville, KY 40219 | | |
| 4. | **Debtor's attorney**<br>Name and address | Timothy Denison<br>235 South Fifth Street<br>The Third Floor<br>Louisville, KY 40202–3226 | | Contact phone 502–589–6916<br><br>Email:  TimothyDenison@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Michael E. Wheatley<br>PO Box 1072<br>Prospect, KY 40059 | | Contact phone (502) 744–6484<br><br>Email:  mwheatleytr@gmail.com |

**For more information, see page 2 >**

Debtor **James Arville Callahan III**                                                                  Case number **21–30803–crm**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202 | Hours open:<br>8:30 a.m. to 4:30 p.m. Eastern Time Zone<br><br>Contact phone 502–627–5700<br><br>Date: 4/12/21 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 20, 2021 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Case may be dismissed without further notice if debtor fails to attend the meeting. | Location:<br><br>**341 to be Held by Telephone or Video, See Court Website for Info** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/19/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Western District of Kentucky

In re:                                                                      Case No. 21-30803-crm
James Arville Callahan, III                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0644-3                          User: nturner                          Page 1 of 2
Date Rcvd: Apr 12, 2021                       Form ID: 309A                          Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Arville Callahan, III, 3208 Chinquapin Lane, Apt. 6, Louisville, KY 40219-1060 |
| tr | + | Michael E. Wheatley, PO Box 1072, Prospect, KY 40059-1072 |
| 6813093 | + | Bennett and Bloom Eye Center, 1935 Bluegrass Avenue, Louisville, KY 40215-1179 |
| 6813097 | + | CPA LAB PP, 2307 Greene Way, Louisville, KY 40220-4010 |
| 6813095 | ++ | CREDIT CLEARING HOUSE OF AMERICA INC, P O BOX 1209, LOUISVILLE KY 40201-1209 address filed with court;, CCHA -Credit Clearinghouse, Ccha, Po Box 1209, Louisville, KY 40201 |
| 6813101 | + | Goulds Discount Medical, P.O. Box 825514, Philadelphia, PA 19182-5514 |
| 6813102 | + | Kidney Care Consultants PSC, 716 W Broadway, Louisville, KY 40202-2216 |
| 6813104 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 6813105 | + | MRS BPO, LLC., Attn: Bankruptcy, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 6813103 | + | Merchants Adjustment Service, Attn: Bankruptcy, 56 North Florida St, Mobile, AL 36607-3108 |
| 6813107 | | One Advantage LLC, 1232 W. State Street, La Porte, IN 46350 |
| 6813108 | + | One Advantage, LLC, Attn: Bankruptcy Department, 1232 W State Road 2, La Porte, IN 46350-5469 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: TimothyDenison@aol.com | Apr 12 2021 19:13:00 | Timothy Denison, 235 South Fifth Street, The Third Floor, Louisville, KY 40202-3226 |
| smg | + | Email/Text: ryan.kendall@louisvilleky.gov | Apr 12 2021 19:14:00 | Jefferson County Attorney Office, Fiscal Court Bldg., 531 Court Place, Ste. 900, Louisville, Ky 40202-3315 |
| ust | + | Email/Text: ustpregion08.lo.ecf@usdoj.gov | Apr 12 2021 19:14:00 | John L. Daugherty, Asst. U.S.Trustee, 601 West Broadway #512, Louisville, KY 40202-2229 |
| 6813094 | + | EDI: CITICORP.COM | Apr 12 2021 22:53:00 | Big O Tires, Attn: Bankruptcy Dept, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 6813096 | + | EDI: CITICORP.COM | Apr 12 2021 22:53:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 6813098 | + | EDI: DISCOVER.COM | Apr 12 2021 22:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 6813099 | | Email/Text: bankruptcy@glacompany.com | Apr 12 2021 19:13:00 | GLA Collection Company, Attn: Bankruptcy, Po Box 588, Greensburg, IN 47240 |
| 6813100 | | Email/Text: bankruptcy@glacompany.com | Apr 12 2021 19:13:00 | GLA Collections, P.O. Box 588, Greensburg, IN 47240 |
| 6813106 | + | EDI: NORTONHEALTH.COM | Apr 12 2021 22:58:00 | Norton Healthcare, P.O. Box 775278, Chicago, IL 60677-5278 |
| 6813109 | + | Email/PDF: clerical@simmsassociates.com | Apr 12 2021 19:51:00 | Simms Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 6813110 | + | EDI: RMSC.COM | Apr 12 2021 22:53:00 | Syncb/all Pro, Attn: Bankruptcy, Po Box 965060, |

District/off: 0644-3

Date Rcvd: Apr 12, 2021

User: nturner

Form ID: 309A

Page 2 of 2

Total Noticed: 24

6813111     + Email/Text: cindywhite@transcendcu.com

Orlando, FL 32896-5060

Apr 12 2021 19:14:00   Transcend Credit Union, Attn: Bankruptcy, 3740 Bardstown Rd, Louisville, KY 40218-2254

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2021      Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John L. Daugherty | ustpregion08.lo.ecf@usdoj.gov |
| Michael E. Wheatley | mwheatleytr@gmail.com  ky36@ecfcbis.com |
| Timothy Denison | on behalf of Debtor James Arville Callahan  III TimothyDenison@aol.com, lori.denisonlawoffice@gmail.com |

TOTAL: 3